## HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP

COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
JONATHAN L. GOLDSTEIN △
MICHAEL EDELSON
MARGARET DEE HELLRING △
RICHARD D. SHAPIRO △
CHARLES ORANSKY △
RICHARD B. HONIG △
RICHARD K. COPLON △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
JOHN A. ADLER △
JUDAH I. ELSTEIN △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
PATRICIA A. STAIANO
RONNIE F. LIEBOWITZ
LISA P. PARKER
CHRISTY L. SAALFELD △
CHAMISE CARTER △
JOSEPH H. TRINGALI △

April 1, 2010

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5386
(973) 621-9020

FAX (973) 621-7406
www.hlgslaw.com

OF COUNSEL

PHILIP LINDEMAN II △

△NJ & NY

**Electronically Filed
and by First Class Mail**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court for
   the District of New Jersey
United States Post Office & Courthouse
1 Federal Square
Newark, New Jersey 07101-0999

Re: Teva Women's Health, Inc.
    v. Lupin, Ltd., et al.
    Civil Action No. 2:10-cv-00080-FSH-PS

Dear Judge Hochberg:

We represent defendant/counterclaimant Watson Laboratories, Inc. and defendant Watson Pharmaceuticals, Inc. (collectively "the Watson Parties").

The Watson Parties hereby voluntarily withdraw their motion for transfer and severance, filed March 17, 2010 (docket entry 25) returnable April 19, 2010.

Respectfully yours,

MATTHEW E. MOLOSHOK

MEM:st

cc: Hon. Patty Shwartz, U.S.M.J.
    (electronically filed & by First Class Mail)
    All counsel, per service list attached
       (by email and first class mail)

Teva Women's Health, Inc. v. Lupin Pharmaceuticals, Inc.,
Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.
Case No.: 2:10-cv-00080-FSH-PS

**COUNSEL OF RECORD**

**Counsel for Plaintiff:**

Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
alite@ldgrlaw.com
mpatunas@ldrrlaw.com
mtarantino@ldgrlaw.com

Robert G. Krupka, P.C.
Alexander F. MacKinnon
KIRKLAND & ELLIS LLP
333 South Hope Street, 29th Floor
Los Angeles, California 90071
bob.krupka@kirkland.com
alexander.mackinnon@kirkland.com

Charanjit Brahma
Corey Manley
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
charanjit.brahma@kirkland.com
corey.manley@kirkland.com

Douglass Hochstetler
Jessica K. Fender
Sailesh K. Patel
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago IL 60606
Phone: (312) 258-5698
Fax: (312) 258-5700
dhochstetler@schiffhardin.com
jfender@schiffhardin.com
spatel@schiffhardin.com

4/5/10

SO ORDERED:

Hon. Faith S. Hochberg, U.S.D.J.

**Counsel for the Lupin Defendants:**

Karen A. Confoy
Erica Susan Helms
STERNS & WEINROTH, P.C.
One State Street Square
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Direct: 609.989.5012
Fax: 609.392.7956
kconfoy@sternslaw.com