UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TEVA WOMEN'S HEALTH, INC., | : | |
| Plaintiff, | : | Civil Action No. 10-80 (FSH)(PS) |
| v. | : | |
| LUPIN, LTD., ET AL., | : | |
| Defendants, | : | |
| TEVA WOMEN'S HEALTH, INC., | : | |
| Plaintiff, | : | Civil Action No. 10-1234 (FSH)(PS) |
| v. | : | |
| MYLAN PHARMACEUTICALS, | : | |
| Defendant. | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of submission dated November 29, 2010, regarding the request of all defendants to amend their invalidity contentions;

and the Court having considered the submission, record of proceedings, and governing law;

and additional factual information regarding disclosures of the '17 patent being needed to determine if the Federal Circuit's diligence standard set forth in <u>02 Micro Int'l Ltd. v. Monolithic Power Sys., Inc</u>, 467 F.3d 1355, 1366 (Fed. Cir. 2006), has been met;

ORDERED that, no later than **December 10, 2010 at 5:00 p.m.**, defendant Watson and

plaintiff Teva shall submit a certification under oath from a person with knowledge that states: (1) whether or not Watson disclosed the '017 application during the Nevada case; (2) if the '017 application was disclosed during the Nevada case, describe what was disclosed (such as a German language version, a published version, an unpublished version, an English translation version, etc.), when it was disclosed and who disclosed it: (3) states whether or not Watson or plaintiff disclosed the '071 application in this case and, if so, describe what was disclosed (such as a German language version, a published version, an unpublished version, an English translation version, etc.), when it was disclosed and who disclosed it; and

    IT IS FURTHER ORDERED that, no later than **December 10, 2010 at 5:00 p.m.**, defendants Mylan/Famy and Lupin shall submit certifications under oath from a person with knowledge that states whether or not it was provided a copy of the '017 application, and if so, what was disclosed (such as a German language version, a published version, an unpublished version, an English translation version, etc.), when it was disclosed, and who disclosed it.; and

    IT IS FURTHER ORDERED that if a party contends that an "unpublished" version was disclosed, then they shall explain what is meant by this moniker.

                                              s/Patty Shwartz
                                              UNITED STATES MAGISTRATE JUDGE