UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TEVA WOMEN'S HEALTH, INC., | : | |
| Plaintiff, | : | Civil Action No. 10-80 (FSH)(PS) |
| v. | : | |
| LUPIN, LTD., ET AL., | : | |
| Defendants, | : | |
| TEVA WOMEN'S HEALTH, INC., | : | |
| Plaintiff, | : | Civil Action No. 10-1234 (FSH)(PS) |
| v. | : | |
| MYLAN PHARMACEUTICALS, | : | |
| Defendant. | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of submission dated November 29, 2010, December 3, 2010, December 6, 2010, and December 10, 2010, regarding the request of all defendants to amend their invalidity contentions;

and the Court having considered the submission, record of proceedings, and governing law;

and for the reasons set forth in the Opinion delivered on the record on December 31, 2010;

and for good cause shown,

IT IS ON THIS 31st day of December, 2010

ORDERED that Lupin's request to amend its invalidity contentions to add a reference to the German Patent Application '017 to assert invalidity based upon anticipation is denied;

IT IS FURTHER ORDERED that Mylan and Famy's request to amend their invalidity contentions to add a reference to the German Patent Application '017 is denied;

IT IS FURTHER ORDERED that Mylan and Famy's request to add the prior art references listed by Lupin and Watson as part of their invalidity contentions is granted;

IT IS FURTHER ORDERED that Watson's request to amend its invalidity contentions to add the prior art references listed by Lupin, Mylan and Famy as part of its invalidity contentions is granted;

IT IS FURTHER ORDERED that Watson's request to amend its invalidity contentions to add the following references is denied:

> MacGregor & Guillebaud, "Recommendations for Clinical Practice: Combined Oral Contraceptives, Migraine and Ischemic Stroke," 24 British J. Family Planning 5 (1998);
>
> "Headaches: OCs Are "Guilty by Association,'" 14 Contracept. Tech. Update 109 (1993); and
>
> Rosenberg et al., Efficacy, Cycle Control, and Side Effects of Low- and Lower-Dose Oral Contraceptives: A Randozmized Trial of 20 ug and 35 ug Estrogen Preparations," 60 Contracept. 321 (2000).

IT IS FURTHER ORDERED that Watson's request to amend its invalidity contentions to add a reference to the German Patent Application '017 is denied.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE