UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA WOMEN'S HEALTH, INC., <br><br> Plaintiff, <br> v. <br><br> MYLAN PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Civil Action No. 10-1234 (FSH) (PS) |
| TEVA WOMEN'S HEALTH, INC., <br><br> Plaintiff, <br> v. <br><br> LUPIN, LTD., et al., <br><br> Defendants. | Civil Action No. 10-80 (FSH) (PS) |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of letter dated February 11, 2011, regarding the volume of documents over which there are privilege disputes;

and the letter representing that there are disputes concerning 137 entries on the privilege log totaling 2344 pages of documents;

and the Order dated December 29, 2010 notifying the parties that "[b]ased upon the volume, the Court may appoint a Special Master to resolve the unresolved privilege disputes. The existence of privileged challenges is not a basis to forgo proceeding with discovery", ECF No.

134;

and the parties seeking additional time to confer in an effort to further narrow the number of documents over which there are disputes;

and the Court providing the parties additional time to confer but, given the number of pages for which intervention may be sought and the need to avoid any delays that may ensue if a review of the challenges is required, the Court determining that a Special Master shall be appointed who will review all privilege disputes that remain unresolved;

IT IS THEREFORE ON THIS 14th day of February, 2011

ORDERED that the parties shall confer in a good faith effort to resolve all remaining privilege disputes. The Court shall enter an Order appointing a Special Master to resolve the remaining disputes. The existence of privileged challenges is not a basis to forgo proceeding with discovery nor will it delay any other proceedings.

    s/Patty Shwartz  
    **UNITED STATES MAGISTRATE JUDGE**